UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
         -v.-                     :    NOLLE PROSEQUI
                                  :
LUOYI CHEN,                       :    18 Cr. 799 (KMW)
     a/k/a "Alan," and            :
JIAN BIAO ZHANG,                  :
     a/k/a "Johnny,"              :
                                  :
              Defendants.         :
                                  :
- - - - - - - - - - - - - - - - x

       1.    The filing of this nolle prosequi will dispose of this case as to the above-referenced defendants in its entirety.

       2.    On October 31, 2018, Indictment 18 Cr. 799 (KMW) and Superseding Indictment S1 18 Cr. 799 (KMW) were returned, charging LUOYI CHEN, a/k/a "Alan," and JIAN BIAO ZHANG, a/k/a "Johnny," the defendants, among others, with one count of conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

       3.    Based on a review of the facts and the evidence presently in the Government's possession, the Government has concluded that it would no longer be in the interests of justice to proceed with the prosecution of LUOYI CHEN, a/k/a "Alan," and JIAN BIAO ZHANG, a/k/a "Johnny," the defendants.

       4.    In light of the foregoing, I recommend that an order of nolle prosequi be filed as to LUOYI CHEN, a/k/a "Alan," and

JIAN BIAO ZHANG, a/k/a "Johnny," the defendants, with respect to Indictment 18 Cr. 799 (KMW) and Superseding Indictment S1 18 Cr. 799 (KMW).

Dated:    New York, New York
            February 7, 2020

                                        SHEB SWETT
                                        Assistant United States Attorney
                                        (212) 637-6522

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendants LUOYI CHEN, a/k/a "Alan," and JIAN BIAO ZHANG, a/k/a "Johnny."

Dated:    New York, New York
            February 14, 2020

                                        GEOFFREY S. BERMAN
                                        United States Attorney
                                        Southern District of New York

SO ORDERED:

Dated:    New York, New York
            February ___, 2020

                                        HONORABLE KIMBA S. WOOD
                                        United States District Judge
                                          Southern District of New York