UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

- v. -

SHUAIQI WANG,

                Defendant.

------------------------------------------------------------------X

ORDER

S5 18 Cr. 799 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/20

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 10, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: 4/2/20
New York, New York

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE