UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

SHUAIQI WANG

                                                     Defendant.
-----------------------------------------------------------------x

18 CR 799 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

    The Defendant is scheduled to be sentenced on July 8, 2020 at 11:00 a.m.

    The Presentence Investigation Report is due to the Court on June 24, 2020.

    Any sentencing submissions by Defendant must be made by June 29, 2020, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

    Any response or other submission from the Government is due July 2, 2020.

SO ORDERED

Dated: New York, New York
       April 7, 2020

                                                 KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE