UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA.,

v.                                                                       18-CR-799 (KMW)

                                                                         **ORDER**

SHUAIQI WANG,

                              Defendants.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled

for July 8, 2020 at 11:00 a.m. is adjourned to September 29, 2020 at 2:00 p.m..


Dated:  New York, New York
        July 6, 2020                                      /s/ Kimba M. Wood
                                                          KIMBA M. WOOD
                                                    United States District Judge