UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/20

---

UNITED STATES

vs.

SHUAIQI WANG

---

18 Cr. 799 ( KMW )

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, SHUAIQI WANG, Reg # 77269-112

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_Kimba M. Wood_
United States District Judge

8/12/2020
Date